UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AYELLET MOAS and JOHN PALMERI, | ECF Case |
| Plaintiffs, | Index No. : 08 CV 7239 (RJS)(DF) |
| -against- | AFFIDAVIT OF SERVICE |
| CITY OF NEW YORK; CITY OF NEW YORK POLICE OFFICER JOHN DOE, | |
| Defendants. | |

State of New York )
                 ) ss.:
County of New York )

    Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (NY state license number 1024905), and resides in the State of New Jersey:

    (1)    That on the 14th day of August 2008 at 5:02 p.m., deponent served a Summons and Complaint in the above-captioned matter upon defendant City of New York at the New York City Law Department, 100 Church St., New York, NY. The documents were accepted and stamped by Amanda Gonzalez, docketing clerk #6.

                                                  Luis R. Ayala
                                                  158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 22nd day of August 2008

_____
Notary Public

        SUSAN C. BAILEY
   NOTARY PUBLIC-STATE OF NEW YORK
         No. 01BA6121503
    Qualified in New York County
  Commission Expires January 18, 2009

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

AYELLET MOAS and JOHN PALMERI

               Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 CV

CITY OF NEW YORK and NEW YORK CITY
POLICE OFFICER JOHN DOE.

08 CV 7239

JUDGE SULLIVAN

TO: (Name and address of defendant)

City of New York
NYC Law Department
100 Church Street
New York, NY  10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Kuby
Law Office of Ronald L. Kuby
119 West 23rd Street, Suite 900
New York, NY  10011

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 4 2008

CLERK

*Catherine Lapsley* (signature)

DATE

(BY) DEPUTY CLERK