UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYELLET MOAS and JOHN PALMERI,

                Plaintiffs,

-v-

THE CITY OF NEW YORK and NEW YORK CITY POLICE OFFICER JOHN DOE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

No. 08 Civ. 7239 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Having reviewed the Complaint filed in the above-entitled action, the Court notes that the action arises from activities that took place entirely in Brooklyn, New York. In addition, the Court notes that the plaintiffs reside in the state of New Jersey, and that the individual defendants are the City of New York ("City") and a police officer of the defendant City of New York. Thus, it appears that none of the events, documents, persons, and potential witnesses related to this action are located in the Southern District of New York, and that the events and several of the witnesses related to this action are located in the Eastern District of New York.

    Accordingly, the parties are ORDERED to submit a letter, not to exceed three (3) pages in length, indicating whether they oppose transfer of this action to the Eastern District of New York and, if so, the basis of their opposition, no later than September 15, 2008. Failure to submit a letter in accordance with this Order will be deemed consent to the transfer.

SO ORDERED.

Dated:    August 26, 2008
                New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE